UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TYLER S. SMITH AND<br>CAMILLE W. BRATTON,<br><br>　　　　　　Defendants. | 6:20-PO-5012-KLD AND<br>6:20-PO-5007-KLD<br>Ticket Number: FCDS0007 AND<br>　FCDS0006<br>　Location Code: M5<br>　Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　The Defendants, Tyler S. Smith and Camille W. Bratton, were present in court and entered a plea of guilty to the charge of: POSSESSION OF DANGEROUS PARAPHERNALIA.

　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　1.  Defendants must pay a fine in the amount of $60.00 plus $40.00 in fees for POSSESSION OF DANGEROUS PARAPHERNALIA for a total of $100.00.  Defendants must pay by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendants may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: Fine shall be paid at $25.00 per month starting October 1, 2021, until paid in full.

Defendants are advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendants have the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 16, 2021.

9/16/21
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge