# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILLE BRATTON and TYLER S. SMITH,<br><br>Defendant. | ORDER<br><br>6:20-po-5007<br>Violation No. FCDS0006<br>Location Code: M5<br><br>6:20-po-5012<br>Violation No. FCDS0007<br>Location Code: M5 |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to pardon Camille Bratton and Tyler S. Smith, expunge their convictions and dismiss the cases with prejudice, pursuant to President Biden's Proclamation 10467, Violations FCDS0006 and FCDS0007 is GRANTED.  The defendants shall forfeit any fine payments made, but no further payments are required.

DATED this 3rd day of April, 2024.

KATHLEEN L. DESOTO
United States Magistrate Judge